**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAYUMI ANDERSON,<br><br>            Plaintiff,<br><br>     v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>            Defendants. | No. 1:22-cv-1391 JLT EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 6) |

Mayumi Anderson is proceeding *pro se* in this action for violations of civil rights pursuant to 42 U.S.C. § 1983. Mail from the Court to Plaintiff has been returned as undeliverable since November 15, 2022.

The assigned magistrate judge recommended this case be dismissed based on Plaintiff's failure to keep the Court apprised of Plaintiff's current address as required by a court order and Local Rule 183(b).  (Doc. 6.)  The Findings and Recommendations were served on Plaintiff on that same date, at the only address on record. (*Id.* at 3-4.)  However, the Findings and Recommendations were also returned to the Court, marked "Undeliverable, Return to Sender, Vacant, Unable to Forward," on February 7, 2023.  To date, Plaintiff has not submitted a "Notice of Change of Address" to inform the Court of his current mailing address or taken any other action to communicate with the Court.

According to 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court performed a *de*

1

*novo* review of this case.  Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

    1.    The Findings and Recommendations issued on January 26, 2023 (Doc. 6) are **ADOPTED** in full.

    2.    This case is **DISMISSED** without prejudice.

    3.    The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **February 21, 2023**

UNITED STATES DISTRICT JUDGE

2