## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**MAYUMI ANDERSON,**

CASE NO: **1:22–CV–01391–JLT–EPG**

v.

**STATE OF CALIFORNIA, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 2/21/2023**

                                             **Keith Holland**
                                             Clerk of Court

ENTERED:  **February 21, 2023**

                                       by: /s/ O. Rivera
                                              Deputy Clerk